**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION**

WINNIE THOMPSON,

    Plaintiff,

vs.                                CASE NO.: 3:10cv318/MCR/EMT

CINCINNATI INSURANCE
COMPANY,

    Defendant.
_____/

## ORDER OF RECUSAL

I hereby recuse myself from presiding over this matter.

**SO ORDERED** this 30th day of August, 2010.

                                                s/ *M. Casey Rodgers*
                                                **M. CASEY RODGERS
UNITED STATES DISTRICT JUDGE**