IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WINNIE THOMPSON,

    Plaintiff,

v.                                  Case No. 3:10cv318/RV/EMT

CINCINNATI INSURANCE COMPANY,

    Defendant.
_____/

## ORDER OF RECUSAL

I hereby recuse myself from all further proceedings in this case. The Clerk shall reassign this matter to another judge of this Court.

DONE AND ORDERED this 31st day of August, 2010.

                                          */s/ Roger Vinson*
                                        **ROGER VINSON**
                                        **Senior United States District Judge**