IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WINNIE THOMPSON,

    Plaintiff,

vs.                                        CASE NO. 3:10-cv-318/RS-EMT

CINCINNATI INS. CO.,

    Defendant.
_____ /

## ORDER

Non-party Robert Kerrigan has provided the requested information to Defendant (Doc. 65). Defendant's Motion to Compel (Doc. 64), therefore, is **DENIED as moot**.

**ORDERED** on March 7, 2011

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**