IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

**WINNIE THOMPSON,**

    **Plaintiff,**

**vs.**                                                                **CASE NO. 3:10-cv-318/RS-EMT**

**CINCINNATI INS. CO.,**
**a foreign corporation,**

    **Defendant.**
_____/

## **ORDER**

The relief requested in the Joint Motion Requesting Permission to File Reply Briefs (Doc. 84) is **GRANTED**. The parties shall have until not later than April 6, 2011 to file their briefs.

**ORDERED** on March 31, 2011.

                                                /S/ Richard Smoak
                                                **RICHARD SMOAK**
                                                **UNITED STATES DISTRICT JUDGE**