## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**WINNIE THOMPSON,**

     **Plaintiff,**

**vs.**                       **CASE NO. 3:10-cv-318/RS-EMT**

**CINCINNATI INS. CO.,**
**a foreign corporation,**

     **Defendant.**

_____/

### ORDER

The relief requested in Plaintiff's Motion to Bring Blackberry Devices and/or Cellular Telephones into the Courthouse (Doc. 101) is **GRANTED**.

**IT IS ORDERED:**

1. Attorneys Dennis Larry, Virginia Buchanan, William Elebash, and Charles Wiggins may bring cellular telephones or other communication devices inside the courthouse.

2. At <u>all times</u> the devices will be powered off while in the courtroom.

3. The devices may be used in other areas of the courthouse only for the purposes directly related to this case in the least obtrusive manner.

**ORDERED** on May 10, 2011.


                    /S/ Richard Smoak
                    **RICHARD SMOAK**
                    **UNITED STATES DISTRICT JUDGE**